United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ALIAN A.-P.,<br>"Petitioner," | §<br>§<br>§ | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-01079 |
| WARDEN, PORT ISABEL SERVICE<br>PROCESSING CENTER, *et al.*,<br>"Respondents." | §<br>§<br>§ | |

**ORDER**

Before the Court is the "Emergency Motion for Reconsideration of Order of Dismissal and to Reopen Case" (Dkt. No. 19) ("Motion"). To facilitate the Court's review, it is **ORDERED** that Respondents shall file a response to the Motion **no later than November 6, 2026**. The response must include information regarding the status of Petitioner's detention and/or removal.

SIGNED this October 27, 2026

Rolando Olvera
United States District Judge