United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALIAN ALEXY ALONSO-PALMERO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-01079 |
| | § | |
| WARDEN, PORT ISBABEL DETENTION CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner's "Motion to Reopen Habeas Proceedings and Emergency Request Concerning Removal" (Dkt. No. 23) ("Motion") and Respondents' "Response to Petition for Writ of Habeas Corpus, Motion to Dismiss, Motion for Summary Judgment" (Dkt. No. 25) ("Response").

To facilitate the Court's review of the instant Motion and Response (Dkt. Nos. 23 & 25), it is **ORDERED** that Respondents shall provide an advisory to the Court **by November 30, 2026**, concerning any updated efforts to effectuate Petitioner's removal.

SIGNED this November 19, 2026

Rolando Olvera
United States District Judge